[No. 42215-4-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KURT JON KRUG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01382-2, James H. Allendoerfer, J., entered February 24, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42388-6-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROBERT WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05547-6, Deborah Fleck, J., entered March 20, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42533-1-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT P. MULHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07104-2, Sharon S. Armstrong, J., entered April 13, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42577-3-I.    Division One.    March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY J. NITSCH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03943-2, Michael J. Fox and Dale B. Ramerman, JJ., entered April 6, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.